IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KA'TORAH ARYA SAGE PROWSE                                      PLAINTIFF
ADC #658340

v.                    CASE NO: 5:19-CV-00342-JM

WALTER WASHINGTON, *et al*.                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, but Plaintiff did file a response indicating that she has no objection, which response also included a motion for the Court to order discovery for Doe Defendants. (Doc. No. 6). After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Clerk is directed to change the docket entry for Document No. 6 to reflect that it contains a motion for discovery, which will remain pending for Judge Volpe to address.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's official capacity claims are dismissed without prejudice.

2. Plaintiff's claims against Brian Perkins be dismissed without prejudice.

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 18th day of November 2019.

_____
UNITED STATES DISTRICT JUDGE