## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KA'TORAH ARYA SAGE PROWSE**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #658340**

**v.**　　　　　　　　**CASE NO: 5:19-CV-00342-JM**

**WALTER WASHINGTON,** *et al*.　　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Prowse's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 18) is GRANTED.

2. Plaintiff's claims against Defendants and the Doe Defendants are DISMISSED without prejudice for failure to exhaust administrative remedies.

3. The Court declines to exercise jurisdiction over any state law claim Plaintiff raised.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

DATED this 20th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE