**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KA'TORAH ARYA SAGE PROWSE**                                              **PLAINTIFF**
**ADC #658340**

**v.**                          **CASE NO: 5:19-CV-00342-JM**

**WALTER WASHINGTON**, *et al*.                                              **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 20th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE