IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KA'TORAH ARYA SAGE PROWSE**                                                                                          **PLAINTIFF**
**ADC #658340**

v.                                        **5:19-cv-00342-JM-JJV**

**WALTER WASHINGTON,**
**Lieutenant, VSM, ADC,** *et al*.                                                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommendation, filed by Magistrate Judge Joe J. Volpe, for dismissal of Plaintiff's claims against Defendants Walter Washington, Ned Butler, and Doe Defendants. Plaintiff has not filed objections, and the time to do so has expired. After careful review of the record, the Court approves and adopts the recommendation in all respects.

IT IS THEREFORE ORDERED that:

Defendants Washington and Butler's Motion for Summary Judgment (Doc. No. 75) is GRANTED. Plaintiff's claims against Defendants Washington, Butler, and Doe Defendants are DISMISSED without prejudice for failure to exhaust administrative remedies. This case is CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 20th day of January 2022.

_____
UNITED STATES DISTRICT JUDGE