IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KA'TORAH ARYA SAGE PROWSE                                                              PLAINTIFF
ADC #658340

v.                          5:19-cv-00342-JM-JJV

WALTER WASHINGTON,
Lieutenant, VSM, ADC, *et al*.                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, judgment is entered for Defendants Washington, Butler, and Doe Defendants, and this case is DISMISSED without prejudice. All relief sought is denied, and the case is CLOSED. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 20th day of January 2022.

_____
UNITED STATES DISTRICT JUDGE